UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FILED IN OPEN COURT
ON JUL 9 2013
Julie A. Richards, Clerk
US District Court
Eastern District of NC

CASE NO: 5:09-M-1142

UNITED STATES OF AMERICA

V.

**SCHOENER, MICHAEL.**

DISMISSAL ORDER

The GOVERNMENT moves for dismissal of the captioned case without prejudice for the following reason: Filing a superseding to add additional charges from 2013.

Offenses: DWI and Failure to Maintain Lane.

Category: O

Initial Docket Date:

Submitted on: 19 June 2013

_____
DAVID A. COLEMAN
Special Assistant United States Attorney
XVIII Airborne Corps & Fort Bragg
Fort Bragg, NC 28307-5000
(910) 396-1221/1222

Leave for dismissal is granted and it is hereby ORDERED that the captioned case be dismissed.

This _____ day of _____, 2013.

_____
United States Magistrate Judge